UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| DECEDRIC GIRON, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CA-H-03-4394 |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY, | § | |
| DEFENDANT. | § | |

NOTICE OF HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE: BOB CASEY FEDERAL BUILDING
515 RUSK
HOUSTON, TEXAS 77002
COURTROOM #700, 7th Floor

**DATE:** DECEMBER 20, 2004

**TIME:** 10:00 A.M.

TYPE OF PROCEEDING: MOTION FOR TO COMPEL MEDIATION


NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE          DATE: 12/13/04

_(signature)_
(BY) DEPUTY CLERK
TO: All Parties of Record